

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2025

No. 04-25-00067-CV

**IN RE** Eric **DE LA ROSA**, Jr.,

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

On January 29, 2025, relator filed a petition for a writ of mandamus and a motion for emergency relief.

After considering the mandamus petition, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. We lift the stays granted on February 6, 2025 and February 12, 2025.

It is so **ORDERED** on February 26, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2024-PA-01975, styled *In the Interest of H.C.A.B.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.